IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HENRY MACK, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action No. 3:06-CV-851-B (BH) |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's *Request for Injunction Order* (docket #43) and his *Petition for Attorney Fees* (docket #44) are **DENIED**.

SIGNED this 26th day of March, 2009.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE